# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                           **Case Number: 5:01-cr-36-Oc-10GRJ**

**MICHAEL LAROCCO**

                                                                                 **USM Number: 43031-018**

                                                                                 Rick Carey, FPD
                                                                                 201 S.W. Second Street, Suite 102
                                                                                 Ocala, Florida 34474

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers 1, 2, 3, 4, and 5 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | Failure to answer truthfully in violation of Condition 3 of the Standard Conditions of Supervision | October 23, 2009 |
| 2 | Positive urinalysis, marijuana in violation of Condition 7 of the Standard Conditions of Supervision | May 23, 2007 |
| 3 | Positive urinalysis for marijuana in violation of Condition 7 of the Standard Conditions of Supervision | March 23, 2009 |
| 4 | Positive urinalysis for marijuana in violation of Condition 7 of the Standard Conditions of Supervision | August 4, 2009 |
| 5 | Positive urinalysis for marijuana in violation of Condition 7 of the Standard Conditions of Supervision | October 20, 2009 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: January 21, 2010

_____
**UNITED STATES DISTRICT JUDGE**

January 21, 2010

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **TIME SERVED**.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal